```
_____ FILED _____ LODGED
_____ RECEIVED
Jul 21, 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CESAR LEONEL CONTRERAS-ARIAS,

Defendant.

CASE NO.  3:23-mj-05275

COMPLAINT for VIOLATION

Title 18, U.S.C., Sections 922(g)(1) and 924(c), and Title 21, U.S.C., Sections 841(a)(1) and (b)(1)(A)

BEFORE, THERESA L. FRICKE, United States Magistrate Judge, U. S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Unlawful Possession of Firearms)**

On or about February 2, 2023, in Pierce County, within the Western District of Washington, CESAR LEONEL CONTRERAS-ARIAS, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

Complaint - 1
*United States v. Contreras-Arias*
USAO 2023R00388

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

i.    *Violation of Post-Conviction Protection Order*, in Pierce County Superior Court, under case number 16-1-01149-1, on or about November 30, 2016;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Ruger Model SR-22P .22LR caliber handgun; and a Colt Model Anaconda 44 magnum revolver, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### (Possession of a Controlled Substance with Intent to Distribute)

On or about February 2, 2023, in Pierce County, within the Western District of Washington, CESAR LEONEL CONTRERAS-ARIAS did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), substances controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about February 2, 2023, in Pierce County, within the Western District of Washington, CESAR LEONEL CONTRERAS-ARIAS knowingly possessed a firearm, that is: a Glock Model 43X 9mm semi-automatic handgun; a Sig Sauer Model P365 9mm handgun; a Springfield Armory Model Hellcat 9mm handgun; and an Aces Tactical Model Pro Series S 12 gauge shotgun, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 2 above.

All in violation of Title 18, United States Code, Section 924(c).

Complaint - 2
*United States v. Contreras-Arias*
USAO 2023R00388

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

And the complainant states that this Complaint is based on the following information:

I, Jeremy Henry, being first duly sworn on oath, depose and say:

1.    I am a Special Agent with the FBI and have been employed as such since January 2021. I am currently assigned to the Seattle Division of the FBI, Tacoma Resident Agency. I completed approximately twenty weeks of training at the FBI academy in Quantico, Virginia, including legal classes, investigative techniques, interview and interrogation, evidence preservation and collection, and classes on criminal and national security threats. I am currently authorized to investigate and enforce violations of federal criminal statutes, including those found in Titles 18 and 21 of the United States Code.

2.    As a Special Agent in the Seattle Division, I have assisted in numerous investigations including but not limited to violent crime, narcotics trafficking, human trafficking, financial crimes, cases of child exploitation, and violent incident crimes committed on government reservations, such as Indian County crimes and crimes committed on military installations. I am a member of the South Sound Gang Task Force ("SSGTF") and have participated in numerous investigations targeting gang activity, narcotics trafficking, and violent incident crimes such as homicides, shootings, drive-by shootings, and assaults. I have also received formal training as well as extensive on the job training related to investigating violent gangs, drug trafficking organizations, and Mexican cartel operations including, but not limited to, human trafficking, weapons trafficking, narcotics trafficking, bulk cash smuggling, and money laundering.

3.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the criminal offenses included in this Complaint, and therefore does not set forth all my knowledge about this matter.

Complaint - 3
*United States v. Contreras-Arias*
USAO 2023R00388

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

4.      On February 1, 2023, law enforcement officers with the FBI South Sound Gang Task Force received an anonymous tip that CESAR LEONEL CONTRERAS-ARIAS dealt large amounts of drugs from the Clarion Inn, Room 236, 6802 Tacoma Mall Blvd, Tacoma, WA, and that he was likely in possession of a firearm. At this time, the FBI Task Force also identified CONTRERAS-ARIAS as an active Washington Department of Corrections (DOC) offender with a warrant for escape from community custody; the warrant was issued in June 2020. The conditions of CONTRERAS-ARIAS's community custody prohibited the use, possession, or consumption of controlled substances, possession of firearms, and association with drug users/sellers, among other things.

5.      On February 2, 2023, law enforcement officers conducted surveillance at the Clarion Inn, 6802 Tacoma Mall Blvd, Tacoma WA. Officers identified CONTRERAS-ARIAS as he exited the Clarion Inn and entered a Chevrolet pick-up truck in the parking lot. CONTRERAS-ARIAS drove away in the Chevy truck and returned a short while later. Upon his return, and as CONTRERAS-ARIAS parked, law enforcement officers approached him in unmarked police cars. Officers then activated emergency red and blue lights. CONTRERAS-ARIAS, who was in the driver's seat, reversed his truck and rammed a law enforcement vehicle that was positioned directly behind him, causing extensive damage to it. Additional officers then positioned their vehicles to prevent avenues for CONTRERAS-ARIAS to escape. Shortly thereafter, officers apprehended CONTRERAS-ARIAS from the driver's seat of the Chevy truck. Officers also contacted and identified a female, "C.L.," in the passenger seat, though she was not detained.

6.      Officers searched CONTRERAS-ARIAS incident to arrest and seized the two cell phones from his pockets. Officers also found Clarion Inn room keys in CONTRERAS-ARIAS' pockets for Rooms 235, 236, and 238, and approximately $7,000 U.S. currency in assorted denominations.

Complaint - 4
*United States v. Contreras-Arias*
USAO 2023R00388

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

7.    A law enforcement officer spoke with a front desk worker at the Clarion Inn, "F.D.," who said that CONTRERAS-ARIAS and CL rented three rooms, 235, 236 and 238. F.D. recalled that CONTRERAS-ARIAS and C.L. had lived at the Clarion Inn for approximately one year before renting two additional rooms at the beginning of 2023. F.D. believed only CONTRERAS-ARIAS and C.L. occupied Rooms 235, 236 and 238. F.D. further stated that CONTRERAS-ARIAS drove the Chevy pick-up truck. F.D. identified the vehicle to law enforcement on the Clarion Inn surveillance camera system.

8.    At this time, DOC officers authorized and conducted a compliance search of the Chevy truck. Officers located and recovered a Ruger Model SR-22P .22LR caliber handgun, which had been reported stolen to Grays Harbor County law enforcement on March 4, 2021. The Ruger was loaded with ten rounds of ammunition. DOC officers then authorized a compliance search of Rooms 235, 236 and 238.

9.    Inside Room 236, law enforcement officers found a black backpack with zipper bag safe inside, containing 11 U.S. passports, some of which were reported as stolen, and a large quantity of narcotics packaged in multiple bins and storage cases. In total, officers seized approximately 90 pounds of suspected methamphetamine and approximately 5 pounds of suspected fentanyl powder from Room 236. The following photographs depict how most of the narcotics were packaged:

 

Complaint - 5
*United States v. Contreras-Arias*
USAO 2023R00388

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

10. Law enforcement officers also searched Rooms 235 and 238. Inside Room 235, officers found more firearms and more narcotics, most of which were near each other. In the back corner of Room 235, officers found a large bag containing methamphetamine, approximately 377 grams, on a brown chair. Within several inches of the methamphetamine and between the seat cushions, officers located a Sig Sauer Model P365 9mm handgun with a loaded magazine and a chambered round. The Sig Sauer had been reported as stolen to the Tukwila Police Department on January 20, 2023. An Aces Tactical Model Pro Series S 12-gauge shotgun was behind the brown chair and a storage cube/shelf system. Furthermore, officers located a Glock Model 43X 9mm semi-automatic handgun inside a drawer of the end table next to the bed; the Glock was loaded with eight rounds of 9mm ammunition. A loaded Springfield Armory Model Hellcat 9mm handgun was on top of a tote next to the window; the Springfield was loaded with 13 rounds in the magazine and a round in the chamber. The approximate locations of the firearms and the methamphetamine are depicted in the image on the following page:

Complaint - 6
*United States v. Contreras-Arias*
USAO 2023R00388

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800



11.    Officers also found a Magpul gun magazine containing 29 rounds of .300 AAC ammunition (i.e., 7.62x35mm cartridges), a silencer/suppressor, assorted .22 caliber ammunition, and several ancillary items indicating drug trafficking, such as excessive amounts of empty plastic bags, a large digital scale, and a potential ledger labeled with the name "Cesar," containing phone numbers, contacts, and prices.

12.    During the search, officers spoke to C.L., who told them that she and CONTRERAS-ARIAS had lived at the hotel for an extended period, and that they recently rented the two additional rooms. C.L. also stated that the guns belonged to CONTRERAS-ARIAS, although she denied knowing anything about the drugs. C.L. told DOC officers that she and CONTRERAS-ARIAS had a storage unit together at 8625 Pacific Avenue South, and that both had belongings in the unit. The anonymous tip

Complaint - 7
*United States v. Contreras-Arias*
USAO 2023R00388

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

officers received had also included information about a storage unit CONTRERAS-ARIAS had at Extra Space Storage off 84th and Pacific Highway.

13.     C.L. consented to a search of the storage unit and I drove us both there. When we arrived, she pointed out Unit #187 as the unit she and CONTRERAS-ARIAS shared. Inside Unit #187, DOC officers found a Colt Model Anaconda 44 magnum revolver. The Colt had been reported as lost and suspected stolen to the Kitsap County Sheriff's Office in 2021. Officers also found an extended 9mm magazine, a polymer rifle magazine containing 30 rounds of 7.62x39 ammunition, and paperwork from the Department of Licensing with CONTRERAS-ARIAS's name on it.

14.     Law Enforcement Officers confirmed with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) that the Ruger Model SR-22P and the Colt Model Anaconda 44 magnum revolver had been shipped in interstate and foreign commerce.

15.     Officers arrested CONTRERAS-ARIAS, and a Pierce County Sheriff's Department Transport Officer arrived on scene and transported CONTRERAS-ARIAS to the Pierce County Jail where he was booked for his escape warrant and additional charges for Unlawful Possession of a Controlled Substance with Intent to Deliver and four counts of Unlawful Possession of a Firearm.

16.     My review of CONTRERAS-ARIAS's criminal history shows that in 2016, he was sentenced to a 30-month prison term for Violation of Post-Conviction Protection Order, in Pierce County Superior Court, under case number 16-1-01149-1.

Based on the above facts, I respectfully submit that there is probable cause to believe that CESAR LEONEL CONTRERAS-ARIAS, a convicted felon, did knowingly and intentionally possess firearms in violation of Title 18, United States Code, Section 922(g)(1), knowingly and intentionally possessed methamphetamine and fentanyl with the intent to distribute them, in violation of Title 21, United States Code, Sections

Complaint - 8
*United States v. Contreras-Arias*
USAO 2023R00388

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

841(a)(1) and (b)(1)(A), and possessed firearms in furtherance of that drug trafficking crime, in violation of Title 18, United States Code, Section 924(c).

JEREMY HENRY, Complainant
Special Agent, Federal Bureau of Investigation

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit on this 21st day of July 2023.

THERESA L. FRICKE
United States Magistrate Judge

Complaint - 9
*United States v. Contreras-Arias*
USAO 2023R00388

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800